IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 06-C-718 |
| | ) | |
| THE GLIDDEN COMPANY; | ) | |
| CHEMCENTRAL CORPORATION; and | ) | |
| SEQUA CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AUTHORIZING DEFENDANTS' DEPOSIT OF FUNDS
IN COURT REGISTRY ACCOUNT**

The United States has filed with the Court the "United States' Unopposed Motion to Authorize Defendants' Deposit of Funds in Court Registry Account." The United States' Motion seeks authorization for Defendants The Glidden Company, Chemcentral Corporation, and Sequa Corporation ("Defendants") to deposit funds in the Court Registry Account as provided by a proposed Consent Decree that has been lodged with the Court, to earn interest in accordance with the Clerk of the Court's normal investment procedures. Paragraph 4 of the Consent Decree requires the Defendants to deposit a total of $612,000 into the Court Registry Account within 20 working days of the date of lodging.

**NOW, THEREFORE**, in light of the United States' Motion, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 67, the Clerk of the Court shall accept the

Defendants' payments into the Court Registry Account, as provided by the proposed Consent Decree. Each of the Defendants' payments into the Court Registry Account shall be made by a check made payable to "Clerk, United States District Court," shall reference the Defendant's name and the civil action number assigned to this case, and shall be accompanied by a copy of this Order.

    2.    The funds deposited in the Court Registry Account shall earn interest in accordance with the normal investment procedures of the Clerk of the Court. Pursuant to 28 U.S.C. § 1914(b) and the Judicial Conference Schedule of Fees, no fees shall be charged for services rendered on behalf of the United States in conjunction with this deposit of funds into the Court Registry Account.

    3.    Any disbursement from the Court Registry Account shall be made only in accordance with a separate Withdrawal Order of this Court. If the Court approves the Consent Decree after a public comment period, the Withdrawal Order shall direct disbursement as specified by Paragraph 6 of the Consent Decree. The Withdrawal Order shall direct disbursement to the Defendants, to return the settlement payments, in proportion to the payments made, if the Plaintiffs determine based on comments received or new information that the proposed Consent Decree is not fair, reasonable, and in the public interest, or if the Court declines to enter the Consent Decree.

    **SO ORDERED.**

| | |
|---|---|
| June 29, 2006 | s/ Lynn Adelman |
| Date | United States District Judge |