IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
        v.                          )   Civil No. 2:06-cv-00718-RTR
                                    )
THE GLIDDEN COMPANY;                )   Chief Judge Rudolph T. Randa
CHEMCENTRAL CORPORATION; and        )
SEQUA CORPORATION                   )
                                    )
            Defendants.             )
_____ )

# WITHDRAWAL ORDER
# AUTHORIZING DISBURSEMENTS FROM COURT REGISTRY ACCOUNT

Plaintiff United States has filed with the Court the "United States' Unopposed Motion to Authorize Disbursements from Court Registry Account." The Motion seeks entry of a Withdrawal Order authorizing the Clerk of the Court to disburse certain funds from the Court Registry Account, as provided by Paragraph 6 of the *Consent Decree with Settling Defendants The Glidden Company, Chemcentral Corporation, and Sequa Corporation* ("Consent Decree"), upon the Court's approval and entry of that Decree. The Defendants deposited $612,000 in the Court Registry Account pursuant to Paragraphs 4 and 5 of the Consent Decree and a June 29, 2006 Order by the Court authorizing that deposit.

**NOW, THEREFORE**, in light of Plaintiff's Motion, and good cause appearing, **IT IS HEREBY ORDERED**:

a.  The Clerk of the Court shall immediately disburse $612,000 (and all accrued interest on that deposit) to the EPA Hazardous Substances Superfund as provided by Consent Decree Paragraph 6.

b.  The disbursement shall be made in accordance with payment instructions to be provided to the Clerk of the Court by the Financial Litigation Unit of the Office of the United States Attorney for the Eastern District of Wisconsin.

**SO ORDERED.**

_____  _____
Date: September 5, 2006                    s/ Rudolph T. Randa
                                                                Chief Judge